Douglas C. Rhoads AZ Bar No. 015265
RHOADS & ASSOCIATES, PLC
3844 North 32nd St. Suite 1
Phoenix, AZ 85018
Telephone: (602) 499-7709
Facsimile: (208) 475-7709
*Attorneys for Plaintiff*
RhoadsAssoc@gmail.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 7 Case No 2:10-bk-29498 |
|---|---|
| Raymond Dumont and Kathleen Dumont, | AP No. 2:10-AP-02323-RJH |
| Debtors. | **NOTICE OF APPEAL AND REQUEST FOR STAY PENDING APPEAL** |
| Federal National Mortgage Association, | **IN THE ALTERNATIVE, DEMAND FOR A BOND HEARING PRIOR TO ISSUANCE OF WRIT OF RESTITUTION** |
| Movant, | |
| v. | |
| Raymond Dumont and Kathleen Dumont, | |
| Respondents. | |

Respondents, by and through counsel undersigned, hereby provides notice of appeal from the Court's April 11, 2011 filed April 13, 2011, to be filed in the above captioned matter pursuant to Federal Rules of Bankruptcy Procedure Rule 8002. Respondents request the Court stay remain in effect pending the appeal, or in the alternative Respondents move the Court to set a bond hearing and allow reasonable time to post a bond pending the appeal on the subject real property.

**WHEREFORE** Respondents request a stay pending appeal or a bond hearing and an opportunity to post bond prior to lifting the automatic stay pending appeal.

RESPECTFULLY SUBMITTED this 25th day of April, 2011

LAW OFFICES OF DOUGLAS RHOADS

By: /s/ Douglas C. Rhoads
Douglas Rhoads
Attorney for Debtors

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and mailed via U.S. Mail to the following CM/ECF registrants:

ANDREW HARDENBROOK
SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN ST
PHOENIX, AZ 85004-2202
*Attorneys for Defendant HSBC & Federal Nat'l Mortgage Association*

LEONARD MCDONALD, JR.
TIFFANY & BOSCO, P.A.
2525 E. CAMELBACK RD., 3RD FL.
PHOENIX, AZ 85016-9240
*Attorney for Defendant Federal Nat'l Mortgage Association*

Tiffany & Bosco, P.A.
c/o Down Glenn Ostlund, Agent
Third Floor Camelback Esplanade
2525 E. Camelback Road
Phoenix, AZ 85016-4237
*Defendant*

MICHAEL A. BOSCO
TIFFANY & BOSCO, P.A.
2525 E. CAMELBACK RD.
THIRD FLOOR
PHOENIX, AZ 85016-0001
*Defendant*

I hereby certify that on April 25, 2011, I served the attached document by United States Mail on the following, who are not registered participants of the CM/ECF System:

By: /s/ DR