**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 26, 2011**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTY COURT

# DISTRICT OF ARIZONA

In Re:

Raymond Dumont and Kathleen Dumont

Debtors.

**Chapter 7 Case No 2:10-bk-29498**

**AP No.: 2:10-ap-02323 RJH**

**ORDER RE: DEBTORS' EMERGENCY MOTION TO SET ASIDE AND POSTPONE DISCHARGE**

This matter having come before this Court on Debtors' Emergency Motion to Set Aside Discharge and Postpone Discharge, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Discharge entered on April 5, 2011, be and is hereby set aside; and

IT IS FURTHER ORDERED that discharge is will be postponed until resolution of the Adversary Proceeding on file herein.

SIGNED AND DATED ABOVE